FRANKLIN ALLEN et al., as Executors, etc., Respondents, *v.* HARRY ALLEN et al., Appellants.

(Argued January 12, 1891; decided January 27, 1891.)

APPEAL from order of the General Term of the Supreme Court in the first judicial department, made December 2, 1890, which modified, and affirmed as modified, an order of Special Term directing the discovery of books and papers.

*Stephen C. Baldwin* for appellants.

*John Notman* for respondents.

Agree to dismiss appeal; no opinion.
All concur.
Appeal dismissed.

---

ANN CRANSTON, as Administratrix, etc., Respondent, *v.* THE NEW YORK CENTRAL AND HUDSON RIVER RAILROAD COMPANY, Appellant.

(Argued January 14, 1891; decided February 3, 1891.)

APPEAL from judgment of the General Term of the Supreme Court in the third judicial department, entered upon an order made July 7, 1890, which affirmed a judgment in favor of plaintiff entered upon a verdict and affirmed an order denying a motion for a new trial.

*Charles E. Patterson* for appellant.

*R. A. Parmenter* for respondent.

Agree to affirm; no opinion.
All concur.
Judgment affirmed.